**STATE of Missouri, Respondent,**

v.

**Eric BROWN, Appellant.**

**No. WD 42488.**

Missouri Court of Appeals,
Western District.

Aug. 7, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 2, 1990.

Application to Transfer Denied
Nov. 20, 1990.

David Durbin, Appellate Defender, Anthony C. Cardarella, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Robert P. Sass, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and CLARK and FENNER, JJ.

### ORDER

PER CURIAM:

The appellant Eric Brown was jury convicted of first degree tampering, § 569.080.1(2), and sentenced as a persistent offender. Affirmed. Rule 30.25(b).